**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LUIS FERMIN HERRERA, SR., | CASE NO. CV 20-11474-SB(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| Warden T. JUSINO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED:     April 23, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE